# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8906 | **DATE** | 12/17/2003 |
| **CASE TITLE** | Charles Cahill vs. Arlington Heights Library | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly this Court will await a further submission from Cahill, to be filed in its chambers on or before December 29, 2003, before ruling on the Application (absent such a timely filing, this Court would be constrained to deny the Application).

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | DEC 1 8 2003 date docketed | 5 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 12/17/2003 date mailed notice | |
| SN | courtroom deputy's initials | 03 DEC 17 PM 3:16 Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES CAHILL,                )
                               )
            Plaintiff,         )
                               )
    v.                         )    No. 03 C 8906
                               )
ARLINGTON HEIGHTS LIBRARY,     )
                               )
            Defendant.         )

MEMORANDUM ORDER

Charles Cahill ("Cahill") has tendered a self-prepared Complaint against Arlington Heights Library charging[1] that, when read in the generous manner to which pro se litigants are entitled under the teaching of Haines v. Kerner, 404 U.S. 519, 520-21 (1972)(per curiam), appears to assert a claim under the Americans with Disabilities Act ("ADA"). Cahill has accompanied his Complaint with an In Forma Pauperis Application and Financial Affidavit ("Application").

Although the Application amply demonstrates the inadequacy of Cahill's income level to handle the cost of this litigation (including payment of the $150 filing fee), Application ¶4 does refer to a $5,000 checking or savings account held in the name of his mother, who is said to live at the same address. What is not

---

[1] This Court has done its best with the difficult job of deciphering Cahill's handprinted Complaint (photocopy attached). Because a few of the words (principally the name of a member of the Arlington Heights Library staff to whom he refers) are particularly difficult to decipher, a photocopy of this Court's effort in that respect is also attached so that Cahill can correct any errors in transcription.

clear is whether those are Cahill's funds that are being held by his mother because of his acknowledged mental disorder, or are instead his mother's own property--and the answer obviously controls whether Cahill should or should not be allowed to proceed without prepayment of the $150 filing fee. Accordingly this Court will await a further submission from Cahill, to be filed in its chambers on or before December 29, 2003, before ruling on the Application (absent such a timely filing, this Court would be constrained to deny the Application).

Although that unresolved question might make it premature to consider the potential viability of Cahill's claim in substantive terms, it would seem likely that Cahill would have to qualify under Title II of ADA, 42 U.S.C. §12132, which provides:

> Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity.

Although another section--42 U.S.C. §12181(7)--does includes a library among the "private entities [that] are considered public accommodations for purposes of this subchapter [ADA's Title III]," it would appear that a public library--a government-owned facility--would fit the 42 U.S.C. §12132 "public entity" mold more closely.

In any event, no other action will be taken at this point pending Cahill's explanation of the question identified here as

2

to Application ¶4. But this Court is also taking the liberty of transmitting copies of the court-provided form of Motion for Appointment of Counsel for Cahill's consideration, for if this action were to proceed it would seem clear that Cahill could not handle it on his own.[2]

                                               _____
                                               Milton I. Shadur
                                               Senior United States District Judge

Date: December 17, 2003

---

    [2] This should not be mistaken as a ruling on that subject. But if Cahill were to fill out and submit that form, he must be sure to provide the information called for in its paragraph 2.

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**03C 8906**

Plaintiff(s)
Charles Cantu

v.

Case No.

DEC 0 2003

JUDGE SHADUR

MAGISTRATE JUDGE BOBRICK

Defendant(s)
Arlington Heights Library, 500 N. Dunton Av, Arlington Hts, IL 60005

## COMPLAINT

I am a person who's obsessed and has Asperger's Syndrome, a developmental disorder that makes me very anxious, I have to have a lot of structure and I'm very rigid, and I also have OCD traits, which means that I have a lot of obsessions. The Library used to give me information about the staff's schedule, and I still talk to their Manager of Catalog + Internet, Mary Nesaky, about my personal life, and now they've stopped letting me do that, thus making me extremely anxious and uncomfortable to work in the Library. I'm suing for discrimination and failure to accommodate a person with a mental disorder.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES CAHILL,            )
                           )
         Plaintiff,        )
                           )
v.                         )    No. 03 C 8906
                           )
ARLINGTON HEIGHTS LIBRARY, )
                           )
         Defendant.        )

COMPLAINT

I am a person who's obsessive and has Aspergen's Syndrome, a developmental disorder that makes me very anxious, I have to have a lack of structuring and I'm very rigid, and I also have odd habits, which means that I have a lot of obsessions. The library used to give me information about the staff's schedule, and let me talk to their manager of catalog and internet, Ming Heraty, about my personal life and now they've stopped letting me do that, thus making me extremely anxious and uncomfortable to work in the library. I'm suing for discrimination and failure to accommodate a person with a mental disorder.