# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8906 | **DATE** | 1/7/2004 |
| **CASE TITLE** | Charles Cahill vs. Arlington Heights Library | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Unless Cahill pays the $150 filing fee on or before January 23, 2004, both the Complaint and this action will have to be dismissed (albeit without prejudice).
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 07 2004 | |
| | Notified counsel by telephone. | | date docketed | 7 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 1/7/2004 | |
| | | 04 JAN -7 PM 10:00 | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES CAHILL, )
)
        Plaintiff, )
)
v. ) No. 03 C 8906
)
ARLINGTON HEIGHTS LIBRARY, )
)
        Defendant. )

MEMORANDUM ORDER

This Court's December 17, 2003 memorandum order ("Order") had granted pro se plaintiff Charles Cahill ("Cahill") until December 29 to provide the further information required to determine whether his In Forma Pauperis Application ("Application") should or should not be granted. More than a week has passed since the deadline date without any input from Cahill. As was promised in Order at 2 if that were to happen, the Application is denied. And unless Cahill pays the $150 filing fee on or before January 23, 2004, both the Complaint and this action will have to be dismissed (albeit without prejudice).

                              /s/ Milton I. Shadur
                              Milton I. Shadur
                              Senior United States District Judge

Date: January 7, 2004

DOCKETED
JAN - 7 2004